HENRY RADMAN, Respondent, *v.* JOSEPH L. HABERSTRO,
Appellant.

(Submitted March 7, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of June, 1888, which affirmed a judg-
ment in favor of plaintiff entered upon a verdict.

*George L. Kingston* for appellant.

*Wm. Armstrong* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARY BEADLESTON, Respondent, *v.* JOHN B. ALLEY et al.,
Respondents, THE UNITED STATES TRUST COMPANY OF NEW
YORK, Appellant.

(Argued March 7, 1890; decided March 21, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made September 9,
1889, which reversed an order of Special Term setting aside
an order of discontinuance.

*Edward W. Sheldon* for appellant.

*Robert G. Ingersoll, H. M. Herman, O. H. LaGrange* for
respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.